SHERYL LYNN ELLSWORTH
JAMES ROBERT ELLSWORTH
741 N NICHOLSON AVE #4
LONG BEACH, MS 39560-2000

CROSSCOUNTRY MORTGAGE
6850 MILLER RD
BRECKSVILLE, OH 44141

SYNCHRONY BANK/AMAZON
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

SYNCHRONY/PAYPAL CREDIT
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

AAFES
ATTN: BANKRUPTCY
P.O. BOX 650060
DALLAS, TX 75265

DISH NETWORK
PO BOX 105169
ATLANTA, GA 30348-5169

VERITY CREDIT UNION
PO BOX 75974
SEATTLE, WA 98125

AT&T
PO BOX 5087
CAROL STREAM, IL 60197-508

NORTH MS HEALTH
PO BOX 674739
DALLAS, TX 75267

VERIZON WIRELESS
ATTN: BANKRUPTCY DEPARTMENT
P.O.BOX 408
NEWARK, NJ 07101

BALANCED HEALTHCARE RE
164 BURKE ST
STE 201
NASHUA, NH 03060

PROSPER MANAGMENT
3429 JEFF HOLMAN BLVD
TUPELO, MS 38801

WALTER N MARTIN
179 MOBILE ST
SALTILLO, MS 38866

BEARDED PROPERTY MANAG
3429 JEFF HOLMAN BLVD
TUPELO, MS 38801

RELIAS EMERGENCY MED
P.O. BOX 31037
CHARLOTTE, NC 28231

WATERFRONT FCU
2414 SW ANDOVER ST
SEATTLE, WA 98106

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

SANTANDER BANK
P.O. BOX 961245
FORT WORTH, TX 76161

WAYPOINT RESOURCE GROUP
ATTN: BANKRUPTCY
1065 W LEVOY DR, STE 100
TAYLORSVILLE, UT 84123

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT 84130

SNAP FINANCE
P.O. BOX 26561
SALT LAKE CIT, UT 84126

WESTLAKE PORTFOLIO
ATTN: BANKRUPTCY
PO BOX 76809
LOS ANGELES, CA 90054

CAPITAL ONE AUTO
7933 PRESTON RD
PLANO, TX 75024

SUNRISE CREDIT SERVICE
P.O. BOX 9100
FARMINGDALE, NY 11735-9100