Certificate Number: 17082-MSS-DE-041025028

Bankruptcy Case Number: 26-50751



17082-MSS-DE-041025028

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 27, 2026, at 3:50 o'clock PM MST, SHERYL L ELLSWORTH completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: May 27, 2026                          By:     /s/Orsolya K Lazar

                                            Name:   Orsolya K Lazar

                                            Title:  Executive Director