Certificate Number: 17082-MSS-DE-041025247

Bankruptcy Case Number: 26-50751



17082-MSS-DE-041025247

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 27, 2026, at 3:07 o'clock PM MST, JAMES R ELLSWORTH completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   May 27, 2026                    By:      /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director