**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  Sheryl Lynn Ellsworth                         CASE NO. 26-50751-KMS
        James Robert Ellsworth, Debtors                      CHAPTER 7

TO:    TRUSTEE:    George Adam Sanford
       U. S. TRUSTEE: USTPRegion05.JA.ECF@usdoj.gov

       ALL CREDITORS
       A copy of the Court's mailing matrix is attached

### NOTICE OF AMENDMENT TO
### SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**YOU ARE HEREBY NOTIFIED** the above named debtor(s) has filed with the Bankruptcy Court an Amended Schedule C - Property Claimed as Exempt (see copy of Amended Schedule C attached).

**YOU ARE FURTHER NOTIFIED** that any objection or other response to the list of property claimed as exempt must be filed with the Clerk of the Court for the United States Bankruptcy Court; a copy thereof served to the United States Trustee, Case Trustee, and Counsel for the Debtor(s), within 30 days after the conclusion of the meeting of creditors or within 30 days after the filing of this notice of amendment, whichever is later.

Date: June 26, 2026                          /s/ Thomas C. Rollins, Jr.
                                             *Thomas C. Rollins, Jr., Attorney for Debtor*


CERTIFICATE OF SERVICE


On June 26, 2026, a copy of this notice and amended schedule was served on each of the persons listed on the above list either by United States Mail or via electronic service through the Court's CM/ECF system at the mailing addresses and/or email addresses indicated.

                                             /s/ Thomas C. Rollins, Jr.
                                             *Thomas C. Rollins, Jr., Attorney for Debtor*


Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Sheryl Lynn Ellsworth** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **James Robert Ellsworth** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known) | **26-50751** |

■ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                                  **4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    **Identify the Property You Claim as Exempt**

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2026 Hyundai Santa Fe Hybrid 6000 miles**<br>Line from *Schedule A/B*: **3.1** | $30,307.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| **Household Goods**<br>Line from *Schedule A/B*: **6.1** | $280.00 | ■ $280.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Electronics**<br>Line from *Schedule A/B*: **7.1** | $265.00 | ■ $265.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |

| Debtor 1 | **Sheryl Lynn Ellsworth** | | | |
|---|---|---|---|---|
| Debtor 2 | **James Robert Ellsworth** | | Case number (if known) | **26-50751** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Pets**<br>Line from *Schedule A/B*: **13.1** | $30.00 | ■ | $30.00 | **11 U.S.C. § 522(d)(3)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $20.00 | ■ | $20.00 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: KFCU**<br>Line from *Schedule A/B*: **17.3** | $7,000.00 | ■ | $7,000.00 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **401(k)**<br>Line from *Schedule A/B*: **21.1** | $1,200.00 | ☐ | | **11 U.S.C. § 522(d)(12)** |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| **Federal Tax Refund**<br>Line from *Schedule A/B*: **28.1** | $10,000.00 | ■ | $10,000.00 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **State Tax Refund**<br>Line from *Schedule A/B*: **28.2** | $10,000.00 | ■ | $10,000.00 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **EIC**<br>Line from *Schedule A/B*: **28.3** | $7,930.00 | ■ | $7,930.00 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Car accident claim, debtor represented by Dubin Law Seattle**<br>Line from *Schedule A/B*: **33.1** | Unknown | ☐ | | **11 U.S.C. § 522(d)(11)(D)** |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

■   No

☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐   No
☐   Yes

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

SHERYL LYNN ELLSWORTH
JAMES ROBERT ELLSWORTH

CASE NO: 26-50751-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7

On 6/26/2026, I did cause a copy of the following documents, described below,

Notice of Amendment to Schedule C

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/26/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

SHERYL LYNN ELLSWORTH
JAMES ROBERT ELLSWORTH

CASE NO: 26-50751-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 6/26/2026, a copy of the following documents, described below,

Notice of Amendment to Schedule C

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/26/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 26-50751-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI JUN 26 7-59-28 PST 2026 | ALLY BANK  CO AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| ~~EXCLUDE~~<br><br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ | AAFES<br>ATTN BANKRUPTCY<br>PO BOX 650060<br>DALLAS  TX 75265-0060 | (P)ACADIAN AMBULANCE SERVICE  INC<br>ATTN JESSE PROCTOR<br>P O BOX 98000<br>LAFAYETTE LA 70509-8000 |
| ATT<br>PO BOX 5087<br>CAROL STREAM  IL 60197-5087 | ATTN ALLY BANK DEPARTMENT<br>AIS PORTFOLIO SERVICES  LLC<br>ACCOUNT XXXXXXXX1409<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | ATTN CAPITAL ONE AUTO FINANCE  A DIVISION O<br>AIS PORTFOLIO SERVICES  LLC<br>ACCOUNT XXXXXXXXX8414<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| BALANCED HEALTHCARE RE<br>164 BURKE ST<br>STE 201<br>NASHUA  NH 03060-4783 | BEARDED PROPERTY MANAG<br>3429 JEFF HOLMAN BLVD<br>TUPELO MS 38801-8982 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 |
| CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 | CAPITAL ONE AUTO<br>7933 PRESTON RD<br>PLANO  TX 75024-2359 | CROSSCOUNTRY MORTGAGE<br>6850 MILLER RD<br>BRECKSVILLE  OH 44141-3222 |
| DISCOVERCARD<br>PO BOX 30939<br>SALT LAKE CITY  UT 84130-0939 | DISH NETWORK<br>PO BOX 105169<br>ATLANTA  GA 30348-5169 | FLOHAWKS PLUMBING<br>PO BOX 735457<br>DALLAS  TX 75373-5457 |
| NORTH MS HEALTH<br>PO BOX 674739<br>DALLAS  TX 75267-4739 | PROSPER MANAGMENT<br>3429 JEFF HOLMAN BLVD<br>TUPELO  MS 38801-8982 | RELIAS EMERGENCY MED<br>PO BOX 31037<br>CHARLOTTE  NC 28231-1037 |
| (P)SNAP FINANCE<br>PO BOX 26561<br>SALT LAKE CITY UT 84126-0561 | SANTANDER BANK<br>PO BOX 961245<br>FORT WORTH  TX 76161-0244 | SUNRISE CREDIT SERVICE<br>PO BOX 9100<br>FARMINGDALE  NY 11735-9100 |
| SYNCHRONY BANKAMAZON<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 | SYNCHRONYPAYPAL CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 965064<br>ORLANDO  FL 32896-5064 | ~~EXCLUDE~~<br><br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ |

VERITY CREDIT UNION
PO BOX 75974
SEATTLE  WA 98175-0974

VERIZON WIRELESS
ATTN BANKRUPTCY DEPARTMENT
POBOX 408
NEWARK  NJ 07101-0408

WALTER N MARTIN
179 MOBILE ST
SALTILLO  MS 38866-8729

WATERFRONT FCU
2414 SW ANDOVER ST
SEATTLE  WA 98106-1153

WAYPOINT RESOURCE GROUP
ATTN BANKRUPTCY
1065 W LEVOY DR  STE 100
TAYLORSVILLE  UT 84123-2979

WESTLAKE PORTFOLIO
ATTN BANKRUPTCY
PO BOX 76809
LOS ANGELES  CA 90076-0809

EXCLUDE

GEORGE ADAM SANFORD
MCRANEY SANFORD KILLEBREW  PLLC
1 STONEGATE DRIVE  STE B
BRANDON  MS 39042-2622

JAMES ROBERT ELLSWORTH
741 N NICHOLSON AVE 4
LONG BEACH  MS 39560-4744

DEBTOR

SHERYL LYNN ELLSWORTH
741 N NICHOLSON AVE 4
LONG BEACH  MS 39560-4744

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767