

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 14, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| | |
|---|---|
| **SHERYL LYNN ELLSWORTH** | **CASE NO. 26-50751-KMS** |
| **JAMES ROBERT ELLSWORTH,** | |
| | |
| **DEBTORS.** | **CHAPTER 7** |

### ORDER SETTING ASIDE FINAL DECREE/ORDER CLOSING CASE

This day, this cause came on to be heard on the Court's own motion to set aside the Final Decree/Order Closing Case (Dkt. #22), entered on August 12, 2026, due to an administrative error, and the Court having considered the same, finds that the Final Decree/Order Closing Case should be set aside.

**IT IS THEREFORE ORDERED** that the Final Decree/Order Closing Case (Dkt. #22), entered on August 12, 2026, should be, and the same is hereby set aside.

##END OF ORDER##