United States Bankruptcy Court
Southern District of Mississippi

In re:
Sheryl Lynn Ellsworth
James Robert Ellsworth
Debtors

Case No. 26-50751-KMS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: admin Page 1 of 3
Date Rcvd: Aug 12, 2026 Form ID: 318 Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sheryl Lynn Ellsworth, James Robert Ellsworth, 741 N Nicholson Ave #4, Long Beach, MS 39560-4744 |
| 5668319 | + | Bearded Property Manag, 3429 Jeff Holman Blvd, Tupelo, MS 38801-8982 |
| 5668323 | + | Crosscountry Mortgage, 6850 Miller Rd, Brecksville, OH 44141-3222 |
| 5682865 | | FLOHAWKS PLUMBING, P.O. BOX 735457, DALLAS, TX 75373-5457 |
| 5668327 | + | Prosper Managment, 3429 Jeff Holman Blvd, Tupelo, MS 38801-8982 |
| 5668328 | + | Relias Emergency Med, P.O. Box 31037, Charlotte, NC 28231-1037 |
| 5668336 | + | Walter N Martin, 179 Mobile St, Saltillo, MS 38866-8729 |
| 5668337 | + | Waterfront Fcu, 2414 Sw Andover St, Seattle, WA 98106-1153 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Aug 12 2026 23:49:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Aug 12 2026 23:49:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5668316 | + | EDI: AAFES | Aug 12 2026 23:49:00 | AAFES, Attn: Bankruptcy, P.O. Box 650060, Dallas, TX 75265-0060 |
| 5682864 | | Email/Text: bankruptcy@acadian.com | Aug 12 2026 19:55:00 | ACADIAN AMBULANCE, P.O. BOX 92970, LAFAYETTE, LA 70509-2970 |
| 5668317 | | EDI: ATTWIREBK.COM | Aug 12 2026 23:49:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5670928 | + | EDI: AISACG.COM | Aug 12 2026 23:49:00 | Attn: Ally Bank Department, AIS Portfolio Services, LLC, Account: XXXXXXXX1409, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5670927 | + | EDI: AISACG.COM | Aug 12 2026 23:49:00 | Attn: Capital One Auto Finance, a division of Capi, AIS Portfolio Services, LLC, Account: XXXXXXXXX8414, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5668318 | + | Email/Text: CLIENTSERVICES@BHRLLC.COM | Aug 12 2026 19:55:00 | Balanced Healthcare Re, 164 Burke St, Ste 201, Nashua, NH 03060-4783 |
| 5668320 | + | EDI: CAPITALONE.COM | Aug 12 2026 23:49:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5668321 | + | EDI: CAPITALONE.COM | Aug 12 2026 23:49:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5668322 | + | EDI: CAPONEAUTO.COM | Aug 12 2026 23:49:00 | Capital One Auto, 7933 Preston Rd, Plano, TX |

| | | | | |
|---|---|---|---|---|
| | | | | 75024-2359 |
| 5668324 | + | EDI: DISCOVER | Aug 12 2026 23:49:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5668325 | | EDI: DISH | Aug 12 2026 23:49:00 | Dish Network, PO Box 105169, Atlanta, GA 30348-5169 |
| 5668326 | + | Email/Text: business.services.tupelo@nmhs.net | Aug 12 2026 19:55:00 | North MS Health, PO Box 674739, Dallas, TX 75267-4739 |
| 5668330 | | Email/Text: bankruptcy@snapfinance.com | Aug 12 2026 19:55:00 | SNAP Finance, P.O. Box 26561, Salt Lake Cit, UT 84126 |
| 5668329 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 12 2026 19:55:00 | Santander Bank, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5668331 | | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 12 2026 19:55:00 | Sunrise Credit Service, P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 5668332 | + | EDI: SYNC | Aug 12 2026 23:49:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5668333 | + | EDI: SYNC | Aug 12 2026 23:49:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5668334 | + | Email/Text: bankruptcy@veritycu.com | Aug 12 2026 19:55:00 | Verity Credit Union, Po Box 75974, Seattle, WA 98175-0974 |
| 5668335 | + | EDI: VERIZONCOMB.COM | Aug 12 2026 23:49:00 | Verizon Wireless, Attn: Bankruptcy Department, P.O.Box 408, Newark, NJ 07101-0408 |
| 5668338 | + | Email/Text: collections@waypoint.com | Aug 12 2026 19:55:00 | Waypoint Resource Group, Attn: Bankruptcy, 1065 W Levoy Dr, Ste 100, Taylorsville, UT 84123-2979 |
| 5668339 | ^ | MEBN | Aug 12 2026 19:51:44 | Westlake Portfolio, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George Adam Sanford | |

| | |
|---|---|
| | trustee@mcraneymcraney.com MS18@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sheryl Lynn Ellsworth trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor James Robert Ellsworth trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Sheryl Lynn Ellsworth**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–5726** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **James Robert Ellsworth**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–9772** |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **26–50751–KMS**

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Sheryl Lynn Ellsworth**
aka Sheryl L Ellsworth

**James Robert Ellsworth**

Dated: 8/12/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**