United States Bankruptcy Court
Southern District of Mississippi

In re:
Sheryl Lynn Ellsworth
James Robert Ellsworth
Debtors

Case No. 26-50751-KMS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6
Date Rcvd: Aug 14, 2026

User: mssbad
Form ID: pdf012


Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sheryl Lynn Ellsworth, James Robert Ellsworth, 741 N Nicholson Ave #4, Long Beach, MS 39560-4744 |
| 5668319 | + | Bearded Property Manag, 3429 Jeff Holman Blvd, Tupelo, MS 38801-8982 |
| 5668323 | + | Crosscountry Mortgage, 6850 Miller Rd, Brecksville, OH 44141-3222 |
| 5682865 | | FLOHAWKS PLUMBING, P.O. BOX 735457, DALLAS, TX 75373-5457 |
| 5668327 | + | Prosper Managment, 3429 Jeff Holman Blvd, Tupelo, MS 38801-8982 |
| 5668328 | + | Relias Emergency Med, P.O. Box 31037, Charlotte, NC 28231-1037 |
| 5668336 | + | Walter N Martin, 179 Mobile St, Saltillo, MS 38866-8729 |
| 5668337 | + | Waterfront Fcu, 2414 Sw Andover St, Seattle, WA 98106-1153 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 14 2026 19:46:12 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 14 2026 19:46:11 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5668316 | + | Email/Text: BankruptcyNotices@aafes.com | Aug 14 2026 19:36:00 | AAFES, Attn: Bankruptcy, P.O. Box 650060, Dallas, TX 75265-0060 |
| 5682864 | | Email/Text: bankruptcy@acadian.com | Aug 14 2026 19:36:00 | ACADIAN AMBULANCE, P.O. BOX 92970, LAFAYETTE, LA 70509-2970 |
| 5668317 | | Email/Text: g17768@att.com | Aug 14 2026 19:36:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5670928 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 14 2026 19:46:05 | Attn: Ally Bank Department, AIS Portfolio Services, LLC, Account: XXXXXXXX1409, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5670927 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 14 2026 19:46:13 | Attn: Capital One Auto Finance, a division of Capi, AIS Portfolio Services, LLC, Account: XXXXXXXXX8414, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5668318 | + | Email/Text: CLIENTSERVICES@BHRLLC.COM | Aug 14 2026 19:36:00 | Balanced Healthcare Re, 164 Burke St, Ste 201, Nashua, NH 03060-4783 |
| 5668320 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2026 19:46:04 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5668321 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2026 19:45:59 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5668322 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 14 2026 19:46:01 | Capital One Auto, 7933 Preston Rd, Plano, TX |

| | | | | |
|---|---|---|---|---|
| | | | | 75024-2359 |
| 5668324 | + | Email/Text: mrdiscen@discover.com | Aug 14 2026 19:36:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5668325 | | Email/Text: Bankruptcy.Consumer@dish.com | Aug 14 2026 19:36:00 | Dish Network, PO Box 105169, Atlanta, GA 30348-5169 |
| 5668326 | + | Email/Text: business.services.tupelo@nmhs.net | Aug 14 2026 19:36:00 | North MS Health, PO Box 674739, Dallas, TX 75267-4739 |
| 5668330 | | Email/Text: bankruptcy@snapfinance.com | Aug 14 2026 19:36:00 | SNAP Finance, P.O. Box 26561, Salt Lake Cit, UT 84126 |
| 5668329 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 14 2026 19:37:00 | Santander Bank, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5668331 | | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 14 2026 19:36:00 | Sunrise Credit Service, P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 5668332 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2026 19:46:04 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5668333 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2026 19:46:10 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5668334 | + | Email/Text: bankruptcy@veritycu.com | Aug 14 2026 19:37:00 | Verity Credit Union, Po Box 75974, Seattle, WA 98175-0974 |
| 5668335 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 14 2026 19:36:00 | Verizon Wireless, Attn: Bankruptcy Department, P.O.Box 408, Newark, NJ 07101-0408 |
| 5668338 | + | Email/Text: collections@waypoint.com | Aug 14 2026 19:36:00 | Waypoint Resource Group, Attn: Bankruptcy, 1065 W Levoy Dr, Ste 100, Taylorsville, UT 84123-2979 |
| 5668339 | ^ | MEBN | Aug 14 2026 19:34:00 | Westlake Portfolio, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George Adam Sanford | |

| | |
|---|---|
| | trustee@mcraneymcraney.com MS18@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sheryl Lynn Ellsworth trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor James Robert Ellsworth trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 14, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**SHERYL LYNN ELLSWORTH** **CASE NO. 26-50751-KMS**
**JAMES ROBERT ELLSWORTH,**

**DEBTORS.** **CHAPTER 7**

**ORDER SETTING ASIDE FINAL DECREE/ORDER CLOSING CASE**

This day, this cause came on to be heard on the Court's own motion to set aside the Final Decree/Order Closing Case (Dkt. #22), entered on August 12, 2026, due to an administrative error, and the Court having considered the same, finds that the Final Decree/Order Closing Case should be set aside.

**IT IS THEREFORE ORDERED** that the Final Decree/Order Closing Case (Dkt. #22), entered on August 12, 2026, should be, and the same is hereby set aside.

##END OF ORDER##